IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ashley Cornelius,<br><br>          Plaintiff,<br><br>v.<br><br>Commissioner of Social Security Administration,<br><br>          Defendant. | No. CV-20-00405-TUC-RCC<br><br>**ORDER** |

On July 18, 2022, Magistrate Judge D. Thomas Ferraro issued a Report and Recommendation ("R&R") in which he recommended that the Court enter an order vacating the decision of the Commissioner and remanding for further proceedings. (Doc. 33.) Judge Ferraro notified the parties they had fourteen days from the date of the R&R to file objections and an additional fourteen days to file a response. (*Id.* at 10–11.) No objections were filed.

If neither party objects to a magistrate judge's report and recommendation, the District Court is not required to review the magistrate judge's decision under any specified standard of review. *Thomas v. Arn*, 474 U.S. 140, 150 (1985). However, the statute guiding review of a magistrate judge's recommendation "does not preclude further review by the district judge, sua sponte or at the request of a party, under a *de novo* or any other standard." *Id.* at 154.

The Court has reviewed and considered the Complaint (Doc. 1), Answer (Doc. 23), Plaintiff's Opening (Doc. 25), Response (Doc. 31) and Reply (Doc. 32) Briefs and

the R&R (Doc. 33). The Court finds the R&R well-reasoned and agrees with Judge Ferraro's conclusions.

Accordingly, IT IS ORDERED the R&R is ADOPTED (Doc. 33)

IT IS FURTHER ORDERED the Commissioner of Social Security's decision is VACATED and REMANDED for further proceedings in accordance with Judge Ferraro's R&R (Doc. 33).

The Clerk of Court shall docket accordingly and close the case file in this matter.

Dated this 4th day of August, 2022.

_____
Honorable Raner C. Collins
Senior United States District Judge